# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 11, 2024

### NO. 03-22-00691-CV

**Paul Doyle, Appellant**

**v.**

**Denise Doyle, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES BAKER, KELLY, AND JONES**
**AFFIRMED -- OPINION BY JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on September 29, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.